Michael G. Marderosian (Bar No. 077296)
Email: mick@mcc-legal.com
Heather S. Cohen (Bar No. 263093)
Email: heather@mcc-legal.com
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Western Division – Los Angeles)

| | |
|---|---|
| TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN, ARON M. MARDEROSIAN,<br><br>Plaintiffs,<br><br>v.<br><br>ITV STUDIOS dba ITV STUDIOS AMERICA INC., and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>*DEMAND FOR JURY TRIAL* |

Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN (collectively "Plaintiffs") allege as follows:

**PRELIMINARY STATEMENT**

1. Plaintiffs bring this action seeking to put an immediate stop to, and to obtain redress for, Defendants' blatant and purposeful infringement of the copyright in Plaintiff's musical composition entitled "House of the Rising Sun."

2. By way of brief background, Plaintiffs ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN are two brothers who have worked together for almost 30 years to develop their business, Plaintiff TWELVE SIXTY LLC, which provides original musical compositions and productions for use in television, motion pictures, film trailers, film soundtracks, product commercials and video games. Plaintiffs

ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN are musical artists and performers, professionally known as "Heavy Young Heathens." As Heavy Young Heathens, the Plaintiffs have written and recorded music for many premiere entertainment clients including major movie studios, networks and advertisers around the world.

3. Among many other commercial uses of Plaintiffs' musical recordings, Plaintiffs have had their work featured in such recent theatrical motion pictures as *Rules Don't Apply*, *Masterminds* and *Supermensch*, as well as prominent trailers for the motion pictures *The Magnificent Seven*, *Deadpool*, *The Amazing Spider-Man* and *The Expendables*.

4. Plaintiffs' music has additionally been used in numerous television programs such as *The Simpsons*, *CSI*, *Lucifer*, *Jersey Shore*, *Punk'd* and *ESPN's 30 for 30*, and commercials for Starbucks, Chrysler, Dodge, Ford, Bacardi, Adidas and Red Bull.

5. Plaintiffs arranged and produced a master recording of the musical composition "House of the Rising Sun", which is a traditional song. The arrangement and production was the subject of a copyright registration by Plaintiff ARON M. MARDEROSIAN and Plaintiff ROBERT J. MARDEROSIAN.

6. Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiffs' hard-earned success, Defendants have created and publicized (or caused to be created and publicized) commercial advertisements and other media which prominently features significant portions of Plaintiffs' musical composition "House of the Rising Sun" without authorization from Plaintiffs.

7. Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs. Defendants may not continue to exploit Plaintiffs' musical composition in order to advertise and/or promote their products to the public without Plaintiff's authorization. Defendants' conduct

1  must immediately be stopped and/or enjoined and Plaintiffs must be compensated for
2  each of Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

4  8. This is a civil action seeking damages and injunctive relief for copyright
5  infringement under the Copyright Act of the United States, 17 U.S.C. § 101, *et seq*.
6  9. This Court has subject matter jurisdiction over this copyright infringement
7  action pursuant to 28 U.S.C. §§ 1331 and 1338(a).
8  10. This Court has personal jurisdiction over Defendants because, among
9  other things, Defendants are doing business in the State of California and in this
10 judicial district, the acts of approving the infringement complained of herein occurred
11 in the State of California and in this judicial district, and Defendant has caused injury
12 to Plaintiffs and their intellectual property within the State of California and in this
13 judicial district.
14 11. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c),
15 and/or § 1400(a).

## THE PARTIES

17 12. Plaintiff TWELVE SIXTY LLC ("hereinafter referred to as "TWELVE
18 SIXTY") is, and at all times relevant hereto was, a California Limited Liability
19 company doing business in the County of Los Angeles County, State of California.
20 13. Plaintiff ARON M. MARDEROSIAN is an individual who resides and
21 works in the County of Los Angeles in the State of California.
22 14. Plaintiff ROBERT J. MARDEROSIAN is an individual who resides and
23 works in the County of Los Angeles in the State of California.
24 15. Defendant ITV STUDIOS dba ITV STUDIOS AMERICA INC. is a
25 global mass media company doing business in the State of California and specifically
26 in Los Angeles County. On information and belief, Defendant ITV STUDIOS dba ITV
27 STUDIOS AMERICA INC. approved the inclusions of the song in various programs.
28 ///

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

16. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as Does 1-10, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names ("Doe Defendant"). Plaintiffs will seek leave of Court to amend this Complaint to state their true names and capacities when they have been ascertained. Plaintiffs are informed and believe and on that basis allege that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.

17. On information and belief, the Defendants and each of them, were the agents, employees, affiliates and/or engaged in a joint venture with each of the remaining Defendants, and were at all times acting within the purpose of said agency and employment, and each defendant has ratified and approved the acts of its agents.

**GENERAL ALLEGATIONS**

18. Plaintiffs are the creators and owners of the master sound recording "House of the Rising Sun." Plaintiffs own the rights and title to the copyright in the sound recording "House of the Rising Sun" (the "Infringed Composition") as creators and owners.

19. Plaintiffs filed an application for copyright registration with the United States Copyright Office for the musical composition "House of the Rising Sun" and the song was registered on May 31, 2016, under SR 785-194. A true and correct copy of the registration is attached hereto as Exhibit A.

20. At all times herein, Defendant ITV STUDIOS dba ITV STUDIOS AMERICA INC. is a source of media distribution which constitutes control over the infringement which is the subject of this complaint. This includes the express and implied approval and/or authorization by ITV STUDIOS dba ITV STUDIOS AMERICA INC. of use of the song.

21. In or around November 2019, it came to Plaintiffs' attention that the Defendants with knowledge and consent used and infringed upon Plaintiffs' copyright without Plaintiffs' authorization or license.

1  22. Defendants did not have any license, authorization, permission or consent to use the Infringed Composition.

23. In fact, in November of 2019, Plaintiffs' counsel provided written notice to Defendants' counsel that the use of the Infringed Composition by Defendants constituted infringement of Plaintiffs' rights and demanded that Defendants immediately cease and desist from any further use of the Infringed Composition. Plaintiffs are entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Composition for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Plaintiffs' rights.

## COUNT 1
## COPYRIGHT INFRINGEMENT
## (17 U.S.C. §§ 106 and 501)

24. Plaintiffs incorporate herein by this reference each and every allegation contained in paragraphs 1 through 23, inclusive as though fully set forth herein.

25. Defendants conspired with one another and/or with their agents, subsidiaries and affiliates to wrongfully exploit Twelve Sixty's Master sound recording, "House of the Rising Sun" without having to fairly or properly compensate TWELVE SIXTY for the exploitation.

26. Defendants authorized, understood, and enabled, one another to exploit TWELVE SIXTY's Master without paying TWELVE SIXTY any money for this exploitation.

27. On information and belief, Defendants have benefitted from the illegal exploitation of Plaintiffs' cong which were not authorized or permitted.

28. Defendants have not paid Plaintiffs any money whatsoever for these exploitations of their song and Plaintiffs have been significantly damaged as a result of this scheme between Defendants and their co-conspirators.

///

29.   Through their conduct alleged herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition in violation of Section 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

30.   As a direct and proximate result of said infringement by Defendants and each of them, Plaintiffs are entitled to damages in an amount to be proven at trial.

31.   As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are informed and believe and on that basis allege that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition.  Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringement conduct.

32.   Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

33.   Alternatively, Plaintiffs are entitled to maximum statutory damages pursuant to 17 U.S.C. § 504(c) for each acts of copyright infringement.

34.   Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505 and otherwise accordingly to law.

35.   The conduct of Defendants as described herein is willful, wanton, malicious, fraudulent, and oppressive such that TWELVE SIXTY is entitled to punitive damages.

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.   For damages in such amount as may be found, or as otherwise permitted by law;

///

2. For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the Infringed Composition;

3. For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition;

4. For actual copyright infringement damages and Defendants' profits or statutory damages in an amount to be determined at trial;

5. For interest on the above-requested damages and profits at the maximum legal rate as provided by law;

6. For prejudgment interest according to law;

7. For Plaintiffs' attorneys' fees, costs, and disbursements in this action;

8. For punitive damages; and

9. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury.

Dated: November 20, 2019         MARDEROSIAN & COHEN

By: */s/ Michael G. Marderosian*
    Michael G. Marderosian,
    Attorneys for Plaintiffs