NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
KEANDRA Z. HOFFMAN (BARLOW) (State Bar No. 308837)
keandrahoffman@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
ITV STUDIOS AMERICA INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN, ARON M. MARDEROSIAN,

Plaintiffs,

vs.

ITV STUDIOS d/b/a ITV STUDIOS AMERICA INC., and DOES 1-10, inclusive,

Defendants.

Case No. 2:19-CV-09959-GW-SK

**NOTICE OF INTERESTED PARTIES**

[Fed. R. Civ. P. 7.1; Civil L.R. 7.1-1]

Pursuant to Fed. R. Civ. P. 7.1, defendant ITV Studios America Inc. states that it is a wholly owned indirect subsidiary of ITV plc, a publicly traded company on the London Stock Exchange.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for ITV Studios America Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Twelve Sixty LLC – Plaintiff
2. Robert J. Marderosian – Plaintiff
3. Aron M. Marderosian – Plaintiff
4. ITV Studios America Inc. – Defendant
5. ITV plc – Ultimate parent of ITV Studios America Inc.
6. Talpa Media – Indirect subsidiary of ITV plc and parent of Talpa Content B.V.
7. Talpa Content B.V. – Subsidiary of Talpa Media and owner of *Utopia* format, which it licensed to Talpa TV.
8. Talpa TV – Company that broadcast the *Utopia* television program at issue containing the allegedly infringing work. Not owned directly or indirectly by ITV plc or ITV Studios America Inc.
9. QBE – Insurer.

DATED: January 28, 2020

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for Defendant
ITV Studios America Inc.





DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899