JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN, ARON M. MARDEROSIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ITV STUDIOS d/b/a ITV STUDIOS AMERICA INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 19-9959-GW-SKx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT ITV STUDIOS AMERICA INC.** |

# JUDGMENT

Having considered all the papers and arguments in support of and in opposition to the motion to dismiss filed by defendant ITV Studios America Inc., and having granted the motion without leave to amend, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. This action is DISMISSED WITH PREJUDICE and judgment is entered in favor of ITV Studios America on all claims in this action.
2. ITV Studios America is the prevailing party in this action.
3. Plaintiffs Twelve Sixty LLC, Robert J. Marderosian, and Aron M. Marderosian take nothing in their action.
4. ITV Studios America Inc. may recover costs pursuant to Federal Rule of Civil Procedure 54(d) and L.R. 54-2.
5. ITV Studios American may file a motion for attorneys' fees by regularly noticed motion.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

DATED: March 6, 2020

_____
Honorable George H. Wu
U.S. DISTRICT JUDGE